```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  11/4/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE RODRIGUEZ, individually and on behalf of others similarly situated,

                Plaintiff,

-against-

TOM PRINT CORP. d/b/a TOM'S PRINTING, et al.,

                Defendants.

24-CV-06309 (MMG)

**ORDER TO MOVE FOR DEFAULT JUDGMENT**

MARGARET M. GARNETT, United States District Judge:

      All Defendants appear to be in default in this action. *See* Dkt. Nos. 9, 10. It is ORDERED that if Defendants do not respond to the Complaint or appear by **November 25, 2024**, then by **December 9, 2024**, Plaintiff must file any motion for default judgment in accordance with the Court's Individual Rules & Practices. If Plaintiff's counsel submits calculations in support of any motion for default judgment, Plaintiff's counsel shall also email native versions of the files with the calculations (*i.e.*, versions of the files in their original format, such as in ".xlsx") to Chambers at GarnettNYSDChambers@nysd.uscourts.gov.

      It is further ORDERED that Defendants shall file any opposition to any motion for default judgment by **January 6, 2025**.

      Plaintiff shall serve a copy of this Order on Defendants by first-class mail and/or by in-person service **within two business days from the date of this Order**, and shall file proof of such service **within three business days of the date of this Order**.

      In the event Plaintiff files a motion for default judgment, Plaintiff shall serve the motion papers on Defendants by **December 11, 2024**, and shall file proof of such service by **December 13, 2024**.

      If this case has been settled or otherwise terminated, Plaintiff is not required to move for default, provided that a stipulation of discontinuance, voluntary dismissal or other proof of termination is filed on the docket prior to the date of the conference, using the appropriate ECF Filing Event. *See* SDNY ECF Rules & Instructions §§ 13.17-13.19 & App'x A.

Dated: November 4, 2024
       New York, New York

SO ORDERED.

_____
MARGARET M. GARNETT
United States District Judge