```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/15/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

JOSE RODRIGUEZ, *individually and on behalf of others similarly situated*,

                *Plaintiff*,

     -against-

TOM PRINT CORP. (D/B/A TOM'S PRINTING), PRO PRINTINGNY.COM, INC. (D/B/A PROPRINTINGNY), and LEO MARTE,

                *Defendants*,
------------------------------------------------------------X

Civil Action No. **1:24-cv-06309**

[~~Proposed Form Of~~]
**JUDGMENT**

## JUDGMENT

On October 9, 2025, Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff, JOSE RODRIGUEZ, has judgment against TOM PRINT CORP. (D/B/A TOM'S PRINTING), PRO PRINTINGNY.COM, INC. (D/B/A PROPRINTINGNY), and LEO MARTE, jointly and severally, in the amount of Seventy-Five Thousand Dollars and Zero Cents ($75,000.00), which is inclusive of attorneys' fees and costs.

Dated: __October 15__, 2025

                                                _____
                                                HON. MARGARET M. GARNETT
                                                U.S. DISTRICT JUDGE